# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:20-CR-014 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JOAN PEREYRA, | : | |
| Defendant. | : | |

## ORDER REGARDING SPEEDY TRIAL

The Pretrial Conference, currently scheduled for September 2, 2020 is reset to November 18, 2020.  In light of current COVID-19 public health concerns—including rapid spread of the disease in Montgomery County, Ohio—the Court finds that the ends of justice served by continuing the present criminal matter outweigh the interests of the public and Defendant in a speedy trial.  Accordingly, the Court finds the time period from September 2, 2020 to November 18, 2020 is properly excludable from the speedy trial calculation pursuant to under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

July 9, 2020

                                                             s/Sharon L. Ovington
                                                               Sharon L. Ovington
                                                    United States Magistrate Judge